**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

YUSUF EL-WILLIAMS and
WILLIAM F. GRIFFIN,

    Plaintiffs,

v.                                  Case No. 3:14cv172/MCR/EMT

ESCAMBIA COUNTY BOARD OF
COUNTY COMMISSIONERS, et al.,

    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 17, 2015. (Doc. 21). Plaintiffs' have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is **DISMISSED without prejudice** for Plaintiffs' failure to comply with an order of the court.

    **DONE AND ORDERED** this 24th day of August 2015.

                                          *M. Casey Rodgers*
                                          **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**